PD-0564-16

PD-0564-16
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/20/2016 10:36:54 AM
Accepted 5/20/2016 3:16:08 PM
ABEL ACOSTA
CLERK

No. _____

In the
Court of Criminal Appeals
At Austin

————◆————

**No. 14-15-00254-CR**

In the
Court of Appeals
for the
Fourteenth District of Texas
at Houston

————◆————

FILED IN
COURT OF CRIMINAL APPEALS

May 20, 2016

ABEL ACOSTA, CLERK

**No. 1396938**
In the 178th District Court
Harris County, Texas

————◆————

**ALFREDO RAMIREZ**
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

————◆————

**APPELLANT'S MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE
PETITION FOR DISCRETIONARY REVIEW**

————◆————

**TO THE HONORABLE COURT OF APPEALS:**

APPELLANT, Alfredo Ramirez, pursuant to TEX. R. APP. P. 68.2(c) moves for an extension of time within which to file its petition for discretionary review. In support of its motion, appellant submits the following:

1. Appellant was charged with felony assault on a family member by impeding breathing.

2. A jury found Appellant guilty and the Court sentenced him on March 2, 2015 to 20 years confinement in the Texas Department of Corrections Institutional Division.

3. A unanimous panel of the Fourteenth Court of Appeals rendered judgment in an unpublished opinion on April 21, 2016, affirming appellant's conviction and sentence.

4. Appellant's petition for discretionary review is due May 21, 2016.

5. Appellant seeks an extension, in accordance with TEX. R. APP. P. 68.2(c), until June 21, 2016, to file its petition for discretionary review. This is appellant's first request for an extension.

6. Petitioner is presently incarcerated in TDCJ and counsel needs additional time to prepare his petition for discretionary review due to her current caseload. Appellant's petition is not for purposes of delay, but so that justice may be done.

WHEREFORE, the Appellant prays that this Court will grant the requested extension until June 21, 2016.

Respectfully submitted,

**s/Tonya Rolland McLaughlin**
**Tonya Rolland McLaughlin**
1523 Yale Street
Houston Texas 77008
Phone: (713) 529-8500
Fax: (713) 453-2203
TBN 24054176
tonya@rollandlaw.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been emailed to the following:

kugler_eric@dao.hctx.net
Appellate Division
Harris County District Attorney's Office
1201 Franklin Suite 600
Houston, Texas 77002-1923

_/s/ Tonya Rolland McLaughlin__
**Tonya Rolland McLaughlin**